PEOPLE V TERLISNER, No. 150297; Court of Appeals No. 315670. Leave to appeal denied at 497 Mich 1035.

PEOPLE V CHRISTOPHER JOHNSON, No. 150936; reported below: 309 Mich App 22. Summary disposition at 497 Mich 1042.

JONES V BELLAMY CREEK CORRECTIONAL FACILITY WARDEN, No. 150946; Court of Appeals No. 323796. Leave to appeal denied at 497 Mich 1030.

PEOPLE V BREIDENBACH, No. 151248; Court of Appeals No. 324049. Leave to appeal denied at 498 Mich 873.

FEDERAL HOME LOAN MORTGAGE CORPORATION V JONES, No. 151279; Court of Appeals No. 325787.Leave to appeal denied at 498 Mich 884.

A&D DEVELOPMENT V MICHIGAN COMMERCIAL INSURANCE MUTUAL, No. 151286; Court of Appeals No. 317024. Leave to appeal denied at 498 Mich 873.

PEOPLE V TRUDEAU, Nos. 151324 and 151325; Court of Appeals Nos. 317879 and 322028. Leave to appeal denied at 498 Mich 873.

CORRION V THUMB CORRECTIONAL FACILITY WARDEN, No. 151608; Court of Appeals No. 324310. Leave to appeal denied at 498 Mich 875.

*Superintending Control Denied November 24, 2015:*

DONALD PATTERSON V ATTORNEY GRIEVANCE COMMISSION, No. 151778.

MORRIS V ATTORNEY GRIEVANCE COMMISSION, No. 151860.

ALEXANDER V ATTORNEY GRIEVANCE COMMISSION, No. 151929.

*Order of Public Censure Entered November 25, 2015:*